**POARCH v. N.C. DEP'T of CRIME CONTROL & PUBLIC SAFETY**

[366 N.C. 378 (2012)]

| MONTY S. POARCH | ) | |
|---|---|---|
| | ) | |
| v. | ) | From Wake County |
| | ) | |
| N.C. DEPARTMENT OF CRIME | ) | |
| CONTROL AND PUBLIC SAFETY; | ) | |
| NORTH CAROLINA HIGHWAY | ) | |
| PATROL | ) | |

No. 476P12

## ORDER

The motion titled "Motion For Leave To File An Amicus Curiae Brief By The National Troopers Coalition And The North Carolina Troopers Association In Support Of The Motion For Discretionary Review By Trooper Monty Poarch," filed 26 November 2012, is dismissed without prejudice to the movants' right to file a motion for leave to file an amicus curiae brief if the Court allows discretionary review in the underlying matter.

By order of the Court in Conference, this 12th day of December, 2012.

s/Timmons-Goodson, J.
For the Court